```
1   McGREGOR W. SCOTT
    United States Attorney
2   BOBBIE J. MONTOYA
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Fax: (916) 554-2900
5   MARK A. WIN
    Special Assistant U.S. Attorney
6   333 Market Street, Suite 1500
    San Francisco, CA 94105
7   Telephone: (415) 977-8980
    Fax: (415) 744-0134
8
    Attorneys for Defendant
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DONNA RALLENS, | ) Case No. 2:06-CV-01609 GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment due to the press of workload. The current due date is February 9, 2007. The new due date will be March 12, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/s/ Harold D. Hadley
    (*As authorized on February 9, 2007*)
Attorney at Law

Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Mark A. Win
    (*As signed on February 9, 2007*)
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: 2/15/07                    /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rallens.ord